UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

     v.                         Cr.  11-CR-

Jose Robles

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled cause on the 7th day of September, 2011.

This 7th days of September, 2011.

                                    JOHN P. KACAVAS
                                  United States Attorney

                                  /s/ Robert J. Veiga
                                  Robert J. Veiga
                                  Assistant U.S. Attorney

WARRANT ISSUED: _____