UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                            Cr. 11-

Jose Robles

## MOTION TO SEAL

NOW COMES John P. Kacavas, United States Attorney for the District of New Hampshire, and hereby moves that the Indictment in the above-captioned case be sealed at Level II until such time as the defendant is taken into custody.

Dated: September 7, 2011

Respectfully submitted,

JOHN P. KACAVAS
United States Attorney

By: /s/ Robert J. Veiga
Robert J. Veiga
Assistant U.S. Attorney
Bar #2619
U.S. Attorney's Office
55 Pleasant St., Rm. 352
Concord, NH  03301
(603) 225-1552

Motion       ☐ Granted      ☐ Denied

_____
Landya B. McCafferty
United States Magistrate Judge
Date: