U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

OCT 06 2011

FILED

IN RE THE MATTER OF:

__JOSE ROBLES__
(Petitioner's name)

Case No. __11-CR-131-01-JD__
(If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, __JOSE ROBLES, AKA_____
                    (name)

respectfully request appointment of counsel to represent me as a

☐ grand jury target         ☑ criminal defendant
☐ grand jury witness        ☐ trial witness

☐ other: _____

_____

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: __10/6/11__                X_____
                                   Signature of Petitioner

NOTE FOR GRAND JURY OR WITNESS REPRESENTATION REQUESTS: In order for a request for counsel to be considered by the court, the petitioner must attach either a 1) grand jury target letter, or 2) witness subpoena.

RULING BY JUDICIAL OFFICER

☑ Request Approved. Appoint counsel.

☐ Request Denied.

Date: __10-6-11__                _____
                                   U.S. Magistrate Judge

USDCNH-17 (Rev. 5-07) (Previous Editions Obsolete)