UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

NO. 11CR131 01 JD

V

JOSE ROBLES

## MOTION FOR DETENTION HEARING

NOW COMES the accused, Jose Robles, by and through counsel, and hereby moves this Court to schedule a detention hearing in this matter.

In support of this Motion, the accused states as follows:

1. The accused is presently at the Strafford County House of Corrections being held without bail as he stipulated to detention without prejudice on October 6, 2011.

2. The accused now respectfully requests that a detention hearing in this matter to review the issue of his detention.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

Respectfully submitted
Jose Robles,
By his Attorney,

Date: October 7, 2011    /S/Paul J. Garrity_____
Paul J. Garrity
14 Londonderry Road
Londonderry, NH 03053
434-4l06
Bar No. 905

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 7th day of October, 2011, a copy of the within was e filed to the U.S. Attorney's Office and parties of record.

/S/Paul J. Garrity_____
Paul J. Garrity