AO 442 (Rev 01/09) Arrest Warrant

**SEALED DOCUMENT**

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

2011 SEP -8 A 11: 38

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 11-cr-131-01-JD |
| Jose Robles | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jose Robles,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Aid and Abet False Statement During Firearms Purchase;
Possession of a Firearm in Furtherance of a Drug Trafficking Crime

2011 OCT -7 A 10: 55
U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

Date: 9/8/2011

*Kathy DuPont*
Issuing officer's signature

City and state: Concord, New Hampshire

Kathy DuPont, Deputy Clerk
Printed name and title

---

**Return**

This warrant was received on *(date)* 9-8-11, and the person was arrested on *(date)* 10-5-11
at *(city and state)* Andover, MA.

Date: 10-6-11

*Matt J. C___*
Arresting officer's signature

Matthew J. Coughlin
Printed name and title