UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

NO. 11 CR 00131 JD

V.

JOSE ROBLES

MOTION TO CONTINUE

NOW COMES the accused, Jose Robles, by and through counsel, and hereby moves this Court to continue his December l3, 2011 trial for a period of ninety(90) days.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court on December l3, 2011 for trial.

2. However, the undersigned counsel needs additional time to prepare in this matter.

3. In addition, the undersigned signed counsel has a trial in this Court on said date in the case of State v. Reyes.

4. That the accused is aware of the within Motion.

5. That the United States Attorney's Office assents to the within Motion.

6. That the undersigned counsel will commence a murder trial in the Hillsborough North Superior Court in the case of State v. Michael Sullivan on January l7, 2012. Said trial is expected to last three to four weeks.

7. That the undersigned counsel has prepaid vacation plans to be out of State from February 27 to March 2, 2012.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

        Respectfully submitted,
        Jose Robles,
        By his Attorney,

Date: November 14, 2011   /S/Paul J. Garrity_____
        Paul J. Garrity
        14 Londonderry Road
        Londonderry, NH 03053
        434-4l06
        Bar No. 905

### CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 14th day of November, 2011, a copy of the within was e filed to the United States Attorney's Office and mailed, postage prepaid, to Jose Robles.

        /S/Paul J. Garrity_____
        Paul J. Garrity