UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.         Criminal No. 11-cr-131-01-JD

<u>Jose Robles</u>

O R D E R

  The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted; Trial is continued to the two-week period beginning March 20, 2012, 9:30 a.m.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

           */s/ Joseph A. DiClerico, Jr.*
           Joseph A. DiClerico, Jr.
           United States District Judge

Date:  November 16, 2011

cc:  Paul Garrity, Esq.
   Robert Veiga, Esq.
   U.S. Marshal
   U.S. Probation