```
                                    U.S. DISTRICT COURT
                                      DISTRICT OF N.H.
                                           FILED

                                    2011 NOV 17  A 11: 50
```

I, Jose Rojas, hereby waive my right to a speedy trial.

_Jose R Rojas_
Jose Rojas
16/mfv

_[signature]_
INTERPRETER