UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

NO.  11 CR 00131 JD

V.

JOSE ROBLES

MOTION TO CONTINUE

NOW COMES the accused, Jose Robles, by and through counsel, and hereby moves this Court to continue his March 20, 2012, trial for a period of ninety (90) days, or in early June, 2012.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court on March 20, 2012 for trial.

2. The undersigned counsel has a trial in this Court on said date in the case of United States v. Jose Reyes.

3. That the accused is aware of the within Motion.

4. That the United States Attorney's Office has no objection to the within Motion.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

Respectfully submitted,
Jose Robles,
By his Attorney,


 /S/Paul J. Garrity

                                                  Paul J. Garrity
                                                  14 Londonderry Road
                                                  Londonderry, NH  03053
                                                  603-434-4106
                                                  Bar No. 905

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 22nd day of February, 2012, a copy of the within was e filed to the United States Attorney's Office and mailed, postage prepaid, to  Jose Robles.


                                          /S/ Paul J. Garrity_____
                                          Paul J. Garrity