I, the defendant in the above captioned case, otherwise known as Jose Rubio, hereby waive my right to a speedy trial.

*[signature]*
INTERPRETER

X aka Jose Rubio
The defendant, aka Jose Rubio
2/20/12

*[Stamp: 2012 FEB 24 P 12: 13  U.S. DISTRICT COURT DISTRICT OF N.H. FILED]*