## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

**UNITED STATES OF AMERICA**

**v.**                           **Cr. No. 11-cr-131-JD**

**RODOLFO ARIEL AMPARO AYBAR**
**a/k/a/  JOSE ROBLES**

### FIRST SUPERCEDING INDICTMENT

**The Grand Jury Charges:**

### Count One

### [Aid and Abet False Statement During Firearms Purchase -
### 18 U.S.C. § 922(a)(6) and 2]

On or about March 28, 2009, in the District of New Hampshire, the defendant,

### RODOLFO ARIEL AMPARO AYBAR
### a/k/a/  JOSE ROBLES,

in connection with the acquisition of a firearm, to wit: an HS Products, model XD40, serial

number US196571, 40 caliber pistol from Pete's Gun & Tackle Shop in Hudson, NH, a federally

licensed firearms dealer, did knowingly aid, abet, counsel, command, induce and procure the

making of a false and fictitious written statement to such federally licensed firearms dealer,

which said statement was likely to deceive such dealer as to a fact material to the lawfulness of

the sale of the firearm under Chapter 44 of Title 18, in that the defendant did aid, abet, counsel,

command, induce and procure the commission of the offense by Beth M. Kennedy in

representing that she was the actual buyer of the firearm, when in fact, as the defendant then well

knew, such statement was false.

All in violation of Title 18, United States Code, Section 922(a)(6); Section  924(a)(2);

and Section 2.

The Grand Jury further Charges:

## COUNT TWO

**[Possession of a Firearm in Furtherance of a Drug Trafficking Offense -
18 U.S.C. § 924(c)]**

On or about March 28, 2009, in the District of New Hampshire, the defendant,

**RODOLFO ARIEL AMPARO AYBAR
a/k/a/  JOSE ROBLES,**

did knowingly possess a firearm, that is an HS Products, model XD40, serial number US196571,

40 caliber pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a

court of the United States, that is distribution of a controlled substance, heroin, contrary to Title

21, United States Code, 841(a)(1).

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

2

The Grand Jury further Charges:

## Count Three

### [Aid and Abet False Statement During Firearms Purchase - 18 U.S.C. § 922(a)(6) and 2]

On or about October 2, 2010 through October 14, 2010, in the District of New

Hampshire, the defendant,

### RODOLFO ARIEL AMPARO AYBAR a/k/a/  JOSE ROBLES,

in connection with the attempted acquisition of a firearm, to wit: a Glock, model 17, serial

number PCX860, 9mm pistol from Stateline Guns, Ammo and Archery in Plaistow, NH, a

federally licensed firearms dealer, did knowingly aid, abet, counsel, command, induce and

procure the making of a false and fictitious written statement to such federally licensed firearms

dealer, which said statement was likely to deceive such dealer as to a fact material to the

lawfulness of the sale of the firearm under Chapter 44 of Title 18, in that the defendant did aid,

abet, counsel, command, induce and procure the commission of the offense by Beth M. Kennedy

in representing that she was the actual buyer of the firearm, when in fact, as the defendant then

well knew, such statement was false.

All in violation of Title 18, United States Code, Section 922(a)(6); Section  924(a)(2);

and Section 2.

3

The Grand Jury further Charges:

## Count Four

**[False Statement to an Agency of the United States - 18 U.S.C. § 1001]**

On or about October 14, 2010, in the District of New Hampshire, the defendant,

**RODOLFO ARIEL AMPARO AYBAR**
**a/k/a/  JOSE ROBLES,**

in a matter within the jurisdiction of the United States Department of Justice, an agency of the

executive branch of the Government of the United States, knowingly and willfully made

materially false, fictitious and fraudulent statements and representations, in connection with

identifying himself to agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives, to

wit, the defendant identified himself by providing a name, social security number, and date of

birth, which were not his own, which said statements the defendant then and there well knew

were false.

All in violation of Title 18, United States Code, Section 1001 (a)(2).

4

The Grand Jury further Charges:

## Count Five

**[FALSE REPRESENTATION OF SOCIAL SECURITY NUMBER -
42 U.S.C. §408(a)(7)(B)]**

On or about October 14, 2010, in the District of New Hampshire, the defendant,

**RODOLFO ARIEL AMPARO AYBAR
a/k/a/  JOSE ROBLES,**

with intent to deceive, falsely represented to the Plaistow Police Department that a certain social

security account number, xxx - xx - 9423, was assigned by the Commissioner of Social Security

to him, for the purpose of misrepresenting his true identity to the Plaistow Police Department,

when in fact such social security account number had not been assigned by the Commissioner of

Social Security to the defendant.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

The Grand Jury further Charges:

**Count Six**

**[FALSE CLAIM OF CITIZENSHIP - 18 U.S.C. § 911]**

On or about October 14, 2010, in the District of New Hampshire, the defendant,

**RODOLFO ARIEL AMPARO AYBAR**
**a/k/a/  JOSE ROBLES,**

did falsely and willfully represent himself to be a citizen of the United States, in that he represented to the Plaistow Police Department and agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives, that his name was Jose Robles, who at that time was a citizen of the United States, by using Robles' name, place of birth, date of birth and social security number, which said representations the defendant knew were false when made in that the defendant was not a citizen of the United States.

All in violation of Title 18, United States Code, Section 911.

The Grand Jury further Charges:

## Count Seven

### [Aggravated Identity Theft - 18 U.S.C. § 1028A]

On or about October 14, 2010, in the District of New Hampshire, the defendant,

**RODOLFO ARIEL AMPARO AYBAR**
**a/k/a/  JOSE ROBLES,**

did knowingly possess and use, without lawful authority, a means of identification of another

person, to wit, the name, date of birth, and social security number of Jose Robles, during and in

relation to a felony violation of Title 18, United States Code, Section 1001, False Statement to an

Agency of the United States, and Title 42 U.S.C. Section 408(a)(7)(B), False Representation of

Social Security Number, as set forth at Counts Four and Five herein.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

The Grand Jury further Charges:

**Count Eight**

**[False Statement to an Agency of the United States - 18 U.S.C. § 1001]**

On or about October 6, 2011, in the District of New Hampshire, the defendant,

**RODOLFO ARIEL AMPARO AYBAR**
**a/k/a/  JOSE ROBLES,**

in a matter within the jurisdiction of the United States Department of Justice, an agency of the

executive branch of the Government of the United States, knowingly and willfully made

materially false, fictitious and fraudulent statements and representations, in connection with

identifying himself  to agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives and

United States Marshal's Office, to wit, the defendant identified himself by providing a name,

social security number, and date of birth, which were not his own and which said statements the

defendant then and there well knew were false.

All in violation of Title 18, United States Code, Section 1001 (a)(2).

The Grand Jury further Charges:

## Count Nine

**[Aggravated Identity Theft - 18 U.S.C. § 1028A]**

On or about October 6, 2011, in the District of New Hampshire, the defendant,

**RODOLFO ARIEL AMPARO AYBAR**
**a/k/a/  JOSE ROBLES,**

did knowingly possess and use, without lawful authority, a means of identification of another

person, to wit, the name, date of birth, and social security number of Jose Robles, during and in

relation to a felony violation of Title 18, United States Code, Section 1001, False Statement to an

Agency of the United States, as set forth at Count Eight herein.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## <u>NOTICE OF FORFEITURE</u>

**[Firearms and Ammunition Forfeiture Allegation --**

**18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]**

1.  The allegations contained in Counts 1 - 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924, Title 21,United States Code, Section 853(a) (2) and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of the offense in violation of Title 18, United States Code, Section 924(c) set forth in Count 2 of this Indictment, the defendant:

**RODOLFO ARIEL AMPARO AYBAR**
**a/k/a/  JOSE ROBLES,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(a)(2) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved or used in the commission of the offenses, including, but not limited to:  the firearm described in Count 2 and any ammunition seized with it.

3.  If any of the property described above, as a result of any act or omission of the defendant:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property which cannot be divided without difficulty,

10

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section

2461(c).

All pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States

Code, Section 853(a)(2) and Title 28, United States Code, Section 2461(c).


Date: March 7, 2012

                       A TRUE BILL.

                       /s/ Foreperson
                       Foreperson


JOHN P. KACAVAS
United States Attorney


/s/ Robert J. Veiga
Robert J. Veiga
Assistant U.S. Attorney

11