UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                              No. 11-cr-131-JD

Rodolfo Ariel Amparo Aybar
  a/k/a Jose Robles

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled cause on the 7th day of March, 2012.

This 7th day of March, 2012.

                                                   JOHN P. KACAVAS
                                                 United States Attorney

                                                 /s/ Robert J. Veiga
                                                 Robert J. Veiga
                                                 Assistant U.S. Attorney

WARRANT ISSUED: _____