UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

NO. 11 CR 00131 JD

V.

RODOLFO ARIEL AMPARO AYBAR
a/k/a JOSE ROBLES

MOTION TO CONTINUE

NOW COMES the accused, Rodolfo Ariel Amparo Aybar a/k/a Jose Robles, by and through counsel, and hereby moves this Court to continue his March 20, 2012, trial for a period of ninety (90) days.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court on March 20, 2012 for trial.

2. That as the result of the superseding indictment, the undersigned counsel needs more time to prepare for the Trial

3. That the accused is aware of the within Motion.

4. That the United States Attorney's Office has no objection to the within Motion.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

Respectfully submitted,
Rodolfo Ariel Amparo Aybar,
By his Attorney,

       /S/Paul J. Garrity_____
Paul J. Garrity
14 Londonderry Road
Londonderry, NH 03053
603-434-4106
Bar No. 905

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 9th day of March, 2012, a copy of the within was e filed to the United States Attorney's Office and mailed, postage prepaid, to Jose Robles.

/S/ Paul J. Garrity_____
Paul J. Garrity