AO 442 (Rev 01/09) Arrest Warrant

RECEIVED
U.S. MARSHAL
CONCORD, NH

2012 MAR -8 PM 12: 37

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Rodolfo Ariel Amparo Aybar a/k/a Jose Robles | ) ) ) | Case No. 11-cr-131-01-JD |
| *Defendant* | ) | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Rodolfo Ariel Amparo Aybar,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Aid and Abet False Statement During Firearms Purchase;
Possession of a Firearm in Furtherance of a Drug Trafficking Crime;
False Statement to an Agency of the United States;
False Representation of Social Security Number;
False Claim of Citizenship; Aggravated Identity Theft;
False Statement to an Agency of the United States;

Date: 3/8/2012

_Kathy DuPont_
*Issuing officer's signature*

City and state:  Concord, New Hampshire

Kathy DuPont, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/8/12, and the person was arrested on *(date)* 3/15/12
at *(city and state)* Concord, NH.

Date: 3/15/12

*Arresting officer's signature*

Jamie J Berry
*Printed name and title*