11-CR-00131-JD

I, Rodolfo Ariel Amparo
Aybar a/k/a Jose Robles
hereby waive my
to a speedy trial.

US DISTRICT COURT
DISTRICT OF N.H.
FILED
2012 MAR 20 A 11: 24

X
_____

Rodolfo Ariel Amparo
Aybar s/k/a Jose
Robles

3/15/12