UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

NO.  11 CR 00131 JD

V.

RODOLFO ARIEL AMPARO AYBAR

ASSENTED TO MOTION TO CONTINUE

NOW COMES the accused, Rodolfo Ariel Amparo Aybar, by and through counsel, and hereby moves this Court to continue his June 19, 2012, trial for a period of ninety (90) days.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court on June 19, 2012, at 9:30 a.m. for trial.

2. The undersigned counsel has a trial in this Court on said date in the case of United States v. Jose Reyes.

3. That the accused is aware of the within Motion.

4. That the United States Attorney's Office has no objection to the within Motion.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

Respectfully submitted,
Rodolfo Airel Amparo Aybar,
By his Attorney,


  /S/Paul J. Garrity_____
Paul J. Garrity
14 Londonderry Road

                                                                    Londonderry, NH  03053
                                                                    603-434-4106
                                                                    Bar No. 905

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 4th day of June, 2012, a copy of the within was e filed to the United States Attorney's Office and mailed, postage prepaid, to Jose Robles.

                                                                    /S/ Paul J. Garrity
                                                                    Paul J. Garrity