UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

NO. 11 CR 00131 JD

V.

RODOLFO ARIEL AMPARO AYBAR

AMENDED ASSENTED TO MOTION TO CONTINUE

NOW COMES the accused, Rodolfo Ariel Amparo Aybar, by and through counsel, and hereby moves this Court to continue his June 19, 2012, trial for a period of ninety (90) days.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court on June 19, 2012, at 9:30 a.m. for trial.

2. The undersigned counsel has a trial in this Court on said date in the case of United States v. Jose Reyes. The Reyes Trial most likely will last at least four days.

3. In addition, the undersigned counsel is scheduled to commence a trial in the Rockingham County Superior Court on June 25, 2012, in State v. Ziolek. The Ziolek trial, which is a felony level DWI, is expected to last two to three days. The undersigned counsel also has a Motion Hearing scheduled on June 29, 2012, in the Hillsborough County Superior Court North on State v. Sullivan. Mr. Sullivan is charged with first degree murder. The undersigned counsel also will be preparing for Mr. Sullivan's trial in the weeks subsequent to the June 29, 2012, hearing date. Mr. Sullivan's trial is scheduled to commence on July 17, 2012, and is expected to last at least three to four weeks. Last, at the end of the Sullivan trial, the undersigned counsel will be on vacation for at least one week in August.

4. That the accused is aware of the within Motion.

5. That the United States Attorney's Office has no objection to the within Motion.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

        Respectfully submitted,
        Rodolfo Airel Amparo Aybar,
        By his Attorney,


        /S/Paul J. Garrity_____
        Paul J. Garrity
        14 Londonderry Road
        Londonderry, NH  03053
        603-434-4106
        Bar No. 905

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 4th day of June, 2012, a copy of the within was e filed to the United States Attorney's Office and mailed, postage prepaid, to Jose Robles.


        /S/ Paul J. Garrity_____
        Paul J. Garrity