U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2012 JUN -5 A 8:07

United States of America
v.                                                    Cr. NO. 11.cr.131 JD
Rodolfo Ariel Amiparo Aybar

Re. Relief of Counsel from Representation.
Case NO. 11-cr.131 JD

I would like my current counsel no longer representing me on my current case. Coupled with the fact my trust is irreversibly damaged. It is my decision that Attorney Paul J. Garrity withdraw from my case FORTHWITH. Your immediate withdrawal would be appreciated. Thank you.

Sincerely
Rodolfo Ariel Amparo Aybar

C.C. Attorney Paul J. Garrity
C.C. Clerk of the Courts.