UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 11-cr-131-JD |
| ) | |
| RODOLFO ARIEL AMPARO AYBAR ) | |
| a/k/a JOSE ROBLES ) | |

**PRELIMINARY ORDER OF FORFEITURE**

1. The defendant, Rodolfo Ariel Amparo Aybar, has pleaded guilty to counts 1, 3, 4, 5, 6, and 7 of the Indictment that charge him with aiding and abetting false statement during a firearms purchase, in violation of Title 18, United States Code, Section 922(a)(6) and 2 (Counts 1 and 3); False Statement to an Agency of the United States, in violation of Title 18, United States Code, Section 1001 (Count 4); false representation of social security number, in violation of Title 42 United States Code, Section 408(a)(7)(B) (Count 5); false claim of citizenship, in violation of Title 18, United States Code, Section 911 (Count 6); and aggravated identity theft, in violation of Title 18, United States Code Section 1028A (Count 7).  As part of defendant Aybar's Plea Agreement, he has agreed to forfeit his right, title and interest in the firearms listed on pages 21-22 of the plea agreement and any ammunition seized with them, specifically:

   A)   an HS Products, model XD40, serial number US196571, 40 caliber pistol; and

   B)   a Glock, model 17, serial number PCX860, 9mm pistol

   IT IS ORDERED that all of the defendant's right, title and interest in the following assets are hereby forfeited to the United States:

   A)   an HS Products, model XD40, serial number US196571, 40 caliber pistol; and

   B)   a Glock, model 17, serial number PCX860, 9mm pistol

IT IS FURTHER ORDERED that at the time of sentencing this court will enter a Final Order of Forfeiture as to the defendant pursuant to Federal Rules of Criminal Procedure 32.2.

IT IS FURTHER ORDERED that a copy of the Order of Forfeiture shall be made a part of the sentence and included in the judgment.

The Clerk shall send copies of this Preliminary Order of Forfeiture to the United States Probation Office and counsel for all parties, and shall send three certified copies of this Preliminary Order of Forfeiture to the United States Attorney's Office.

Entered this  25th  day of  October , 2012

/s/ Joseph A. DiClerico, Jr.
United States District Judge