UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 11-cr-131-JD |
| ) | |
| RODOLFO ARIEL AMPARO AYBAR ) | |
| a/k/a JOSE ROBLES ) | |

### ASSENTED-TO MOTION TO DISMISS GLOCK MODEL 17, SERIAL NUMBER PCX860 9MM PISTOL

The United States requests the Court to dismiss a Glock, model 17, serial number PCX860, 9mm pistol from the Preliminary Order of Forfeiture entered by the Court on October 25, 2012, on the grounds that this firearm contained in the Preliminary Order of Forfeiture has been administratively forfeited by the Bureau of Alcohol, Tobacco, Firearms and Explosives, pursuant to a Declaration of Administrative Forfeiture dated April 15, 2011.

Due to the nature of this Motion, no memorandum of law is necessary.

Paul J. Garrity, Esquire, counsel for the defendant, concurs with the filing of this motion.

For the reasons stated herein, the United States respectfully requests that the Court dismiss the Glock, model 17, serial number PCX860 9mm pistol from the Preliminary Order of Forfeiture entered by the Court on October 25, 2012.

Respectfully submitted,

JOHN P. KACAVAS
United States Attorney

Date:  December 19, 2012          By: /s/ Robert J. Veiga
                                       Robert J. Veiga
                                       Assistant U.S. Attorney
                                       Bar No. 2619
                                       U.S. Attorney's Office
                                       53 Pleasant St., 4th Floor
                                       Concord, NH 03301
                                       (603) 225-1552
                                       robert.veiga@usdoj.gov

**CERTIFICATE OF SERVICE**

     I certify that on this 19th day of December, 2012, the foregoing Assented-To Motion to Dismiss Glock Model 17, Serial Number PCX860 9mm Pistol was served electronically through ECF on Paul J. Garrity, Esquire, counsel for the defendant, Rodolfo Ariel Amparo Aybar, a/k/a Jose Robles.

                                           /s/ Robert J. Veiga
                                           Robert J. Veiga
                                           Assistant U.S. Attorney