UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 11-cr-131-JD |
| ) | |
| RODOLFO ARIEL AMPARO AYBAR ) | |
| a/k/a JOSE ROBLES ) | |

**FINAL ORDER OF FORFEITURE**

This Court entered a Preliminary Order of Forfeiture on October 25, 2011, ordering defendant Rodolfo Ariel Amparo Aybar, a/k/a Jose Robles to forfeit his interest in the following property:

A) an HS Products, model HD40, serial number US196571, 40 caliber pistol.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all right, title and interest to:

A) an HS Products, model HD40, serial number US196571, 40 caliber pistol

is hereby condemned, forfeited and vested to the United States of America pursuant to 18 U.S.C. § 924(d) and 24 U.S.C. § 2461(c), free of the claims and interests of any other person or entity and from which amount the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives shall deduct its costs related to this proceeding.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the property described above shall be disposed of by the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives in accordance with the applicable law and regulations.

The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

IT IS FURTHER ORDERED that the Clerk of the Court shall forward two certified copies of this Order to Assistant U.S. Attorney Robert J. Veiga and a copy to all counsel of record.

Dated: 12/20/2012                              /s/ Joseph A. DiClerico, Jr.
                                               UNITED STATES DISTRICT JUDGE