UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHRIE

UNITED STATES OF AMERICA

V.

NO. 11 CR 00131 JD

RODOLFO ARIEL AMPARO AYBAR

## MOTION TO EXCEED

NOW COMES the accused, Rodoldo Ariel Amparo Aybar, by and through counsel, and hereby moves this Court to grant this Motion to Exceed.

In support of this Motion, the accused states as follows:

1. The cap fee of $800.00 for the services of the interpreter/translator with regard to this case will be exceeded, the total currently stands at $757.25.

2. That given the inability of the accused to speak English, and the inability of the undersigned counsel to speak Spanish, the services for this interpreter/translator were necessary.

3. That the defendant is aware of the within Motion.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion to Exceed.

Respectfully submitted,
Rodolfo Ariel Amparo Aybar,
By his Attorney,

Date: October 30, 2013

Paul J. Garrity
14 Londonderry Road
Londonderry, NH 03503
603-434-4106
Bar No. 905

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 30th day of October, 2013, a copy of the within was mailed, postage prepaid, to the U.S. Attorney's Office.

_____
Paul J. Garrity